■ THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN SOSTRE.— Motion for reargument and for other relief granted to the extent and on the terms and conditions contained in the order filed herein. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT JOHN URBAN.— Motion for leave to appeal as a poor person and for other relief granted to the extent and on the terms and conditions contained in the order filed herein. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT GENOVA.— Motion for an enlargement of time granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Appellant, v. TULLIO LENTINE, Respondent.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten appellant's points, upon condition that the appellant serves one copy of the typewritten appellant's points on the attorney for respondent and files six copies thereof with this court, together with the original record. Respondent is permitted to dispense with the printing of his respondent's points on condition that the respondent files six typewritten copies of his respondent's points with this court and serves one typewritten copy upon the attorney for the appellant. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ MICHAEL BERTONE v. EMPRESS APARTMENTS, INC.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ MADELINE LODEWICK et al. v. FIFTH AVENUE PLASTICS, INC.— Motion for a stay denied, with $10 costs. The stay contained in the order to show cause, dated May 24, 1961, is vacated. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE LARNED.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order filed herein. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ JACOB RAPOPORT v. ALLENHURST GARDENS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ JEROME J. COIN v. ABRAHAM LEBENKOFF.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 31, 1961, with notice of argument for September 12, 1961, said appeal to be argued or submitted when reached. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.